```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA            :

           -v-                      :     [Proposed] ORDER

Elkin Ovidio Posada-Hincapie,       :     13 Cr. 958 (JFM)

                  Defendant.        :

- - - - - - - - - - - - - - - - - -X
```

WHEREAS an application has been made by the Government, by and through Assistant United States Attorney Gillian Grossman, and with the consent of the defendant, by and through his counsel, for an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from August 10, 2020, until __November 9, 2020__, 2020; and

WHEREAS the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial, because the continuance will allow the parties to discuss a possible pretrial resolution; it is hereby

ORDERED that the pretrial conference is ADJOURNED to November 9, 2020, at 2:30 p.m. The time between August 10, 2020 and _____November 9_____, 2020, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h).

Dated:  New York, New York

_July 29, 2020_, 2020

_____
THE HONORABLE JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK