UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA              :

       -v-                            :     ORDER

Elkin Ovidio Posada-Hincapie,         :     13 Cr. 958 (JFM)

              Defendant.       :

- - - - - - - - - - - - - - - - - -X

      WHEREAS an application has been made by the Government, by and through Assistant United States Attorneys Gillian Grossman and Jacob Gutwillig, and with the consent of the defendant, by and through his counsel, for an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from January 25, 2021, until March 22, 2021 at 3:00 p.m.; and

      WHEREAS the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial, because the continuance will allow the parties to discuss a possible pretrial resolution; it is hereby

ORDERED that the time between January 25, 2021 and March 22, 2021, at 3:00 p.m., the date of the next pretrial conference in this matter, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h).

Dated:  New York, New York

     January 13, 2021, 2021

_____
THE HONORABLE JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK